ant *Attorney General Luhring*, and *Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 430. ROSENWALD *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. November 4, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Robert N. Miller, Charles Lederer, Stuart Chevalier,* and *Ward Loveless* for petitioner. *Solicitor General Hughes,* and *Messrs. Sewall Key, Barham R. Gary, Clarence M. Charest,* and *Allin H. Pierce* for respondent.

No. 431. UNITED STATES *v.* NEWPORT NEWS SHIPBUILDING & DRY DOCK CO. November 4, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Solicitor General Hughes, Assistant Attorney General Farnum,* and *Messrs. Claude R. Branch, H. H. Rumble, J. Frank Staley, Chauncey G. Parker,* and *F. R. Conway* for the United States. *Mr. Roscoe H. Hupper* for respondent.

No. 403. MOE ET AL. *v.* ABERG ET AL. See *ante,* p. 522.

No. 465. HILL *v.* UNITED STATES. See *ante,* p. 522.

No. 472. HALLAM *v.* GRANT. See *ante,* p. 522.

No. 285. ABERNATHY ET AL. *v.* OKLAHOMA EX REL. GOAR ET AL. November 25, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. John Tomerlin, C. B. Stuart,* and

600

*Stephen Chandler* for petitioners. No appearance for respondents.

No. 432. POLLOCK *v.* UNITED STATES. November 25, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. John Philip Hill* for petitioner. *Solicitor General Hughes,* and *Messrs. Claude R. Branch* and *Barham R. Gary* for the United States.

No. 433. COOPER, NÉE PERRY, *v.* SPIRO STATE BANK. November 25, 1929. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Messrs. Cicero F. Murray, R. A. Rittenhouse,* and *E. D. Means* for petitioner. *Mr. C. B. Cochran* for respondent.

No. 434. JACOBS, NÉE CARNEY *v.* AMBRISTER ET AL. November 25, 1929. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Messrs. Cicero F. Murray* and *F. A. Rittenhouse* for petitioner. *Messrs. T. J. Flannelly, W. D. Potter, Harry T. Klein, C. B. Cochran, J. H. Hill,* and *Frank B. Burford* for respondents.

No. 439. ATWOOD ET AL. *v.* RHODE ISLAND HOSPITAL TRUST Co. November 25, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Lyman K. Clark* and *Wm. E. Carnochan* for petitioners. *Messrs. Robert Thorne, Wm. R. Tillinghast, James C. Collins,* and *Dallas S. Townsend* for respondent.